Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
CHRIS DUTTON

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| CHRIS DUTTON, | ) | **Case No.:** 09-cv-02428-LOA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| vs. | ) | |
| | ) | |
| FIRST CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, CHRIS DUTTON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                    Respectfully Submitted,

DATED: February 25, 2010      KROHN & MOSS, LTD.

                                    By: /s/ Ryan Lee

                                    Ryan Lee
                                    Attorney for Plaintiff
                                    CHRIS DUTTON