Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
CHRIS DUTTON

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| CHRIS DUTTON, ) | **Case No.: 09-cv-02428-LOA** |
| Plaintiff, ) | **VOLUNTARY DISMISSAL** |
| vs. ) | |
| FIRST CAPITAL GROUP, INC., ) | |
| Defendant. ) | |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, CHRIS DUTTON, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: March 12, 2010                                        KROHN & MOSS, LTD.

                                                     By:/s/ Ryan Lee
                                                         Ryan Lee
                                                         Attorneys for Plaintiff
                                                         CHRIS DUTTON